IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EUGENE WROTEN,

     Plaintiff,

v.                                               No. 19-CIV-1125 MV/JHR

WALMART,

     Defendant.

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

     This matter comes before the Court on Defendant's *Motion to Dismiss Plaintiff's Complaint or in the Alternative, Motion for a More Definite Statement* (Doc. 3), filed December 5, 2019 and Plaintiff's *Motion for Hearing* (Doc. 15), filed January 22, 2020. The Magistrate Judge filed his Proposed Findings and Recommended Disposition on April 20, 2020. (Doc. 17). The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

     Wherefore,

     IT IS HEREBY ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 17) are ADOPTED;

2. The motion seeking a more definite statement is GRANTED;

3. Plaintiff may file an amended complaint within thirty (30) days of the entry of this Order; and

4.  Plaintiff's "Motion for Hearing" (Doc. 15) is DENIED.

_____

UNITED STATES DISTRICT JUDGE